*18*

**DETII3089**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SIM SPENCER, ex. rel.,
RICHARD ALLEN McBRAYER, MDOC #235965,
     Relator-Petitioner,

vs.

Case:5:18-cv-11186
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 04-13-2018 At 03:56 PM
HC SPENCER V. BUSH (NA)

JEREMY BUSH, WARDEN,
     Respondent.

PETITION FOR WRIT OF HABEAS CORPUS
ON BEHALF OF A PERSON IN STATE CUSTODY – 28 USC § 2254

Now Comes the Relator, WILLIAM SIM SPENCER, in propria persona and on behalf of

RICHARD ALLEN McBRAYER, MDOC # 235965 says:

1. Relator files this Petition in behalf of a person in custody[1] pursuant to the judgment of a State

   court on the ground that the prisoner is in custody in violation of the Constitution or laws or

   treaties of the United States.[2]

---

[1] 33 F.R.D. 363, 384
    Both subdivision (c) and the annexed form require a legibly handwritten or typewritten petition. As required
    by 28 U.S.C. §2242, the petition must be signed and sworn to by the petitioner (or someone acting in his
    behalf).

[2] 28 USC § 2254. State custody; remedies in Federal courts
    (a) The Supreme Court, a Justice thereof, a circuit judge, or a district court shall entertain an application for a writ
of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that
he is in custody in violation of the Constitution or laws or treaties of the United States.
    (b)(1) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a
State court shall not be granted unless it appears that-
    (A) the applicant has exhausted the remedies available in the courts of the State; or

2.  RICHARD ALLEN McBRAYER, MDOC # 235965 is a Michigan parolee who has successfully completed over two years of parole without a committing a single act of misconduct, yet his parole was overturned by the Macomb County Circuit Court after a late application to appeal the parole was filed.

3.  JEREMY BUSH is Warden and keeper of the key that restrains RICHARD ALLEN McBRAYER at Charles Egeler Reception & Guidance Center (RGC), 38855 Cooper Street, Jackson, MI 49201-7547, (517) 780-5600.

4.  Circumstances exist that render remedies available in the courts of the State ineffective to protect the rights of the applicant.

5.  The adjudication of the claim in the courts of the State resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States.

---

(B)(i) there is an absence of available State corrective process; or

(ii) circumstances exist that render such process ineffective to protect the rights of the applicant.

(2) An application for a writ of habeas corpus may be denied on the merits, notwithstanding the failure of the applicant to exhaust the remedies available in the courts of the State.

(3) A State shall not be deemed to have waived the exhaustion requirement or be estopped from reliance upon the requirement unless the State, through counsel, expressly waives the requirement.

(c) An applicant shall not be deemed to have exhausted the remedies available in the courts of the State, within the meaning of this section, if he has the right under the law of the State to raise, by any available procedure, the question presented.

(d) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted with respect to any claim that was adjudicated on the merits in State court proceedings unless the adjudication of the claim-

(1) resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or

(2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding

6. The adjudication of the claim in the courts of the State resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.

7. Mr. McBrayer, after completing over two years of parole and becoming manager of a charity-run halfway house, helping numerous parolees reintegrate into society with accolades from his parole officer, was arrested last week on 04/04/2018 and remanded into the custody of the department of corrections because on that same day the Michigan Supreme Court denied certiorari on appeal from the judicial reversal of the parole board's decision to parole Mr. McBrayer. A copy of the Michigan Supreme Court Order is attached as exhibit 1.

8. The parole board decision to grant parole to Mr. McBrayer issued in August of 2015.

9. Mr. McBrayer was paroled on 01/05/2016. A copy of the Parole Board Case Summary Report is attached as exhibit 2.

10. Almost one year after parole had been granted, and 5 months after Mr. McBrayer had been paroled, TIFFANY HENDERSON filed a delayed application for leave to appeal the parole board decision on 05/09/2016. A copy of the relevant register of actions is attached as exhibit 3.

11. A copy of the final judgment of the Macomb County Court has been ordered and will be sent to the Court as soon as it is received.

12. MCR 7.105 (A) requires that an appeal from a parole board decision must be filed within 21 days after parole is granted.

3

13. TIFFANY HENDERSON claimed that she had not received notice of Mr. McBrayer's parole, however, testimony by MDOC officials as well as MDOC records show that in fact notice was twice sent to TIFFANY HENDERSON.[3]

14. There was and continues to be a radical defect in the jurisdiction of the courts of the State due to the failure of TIFFANY HENDERSON *(Appellant in the state-court action)* to timely file an appeal from the decision of the parole board to grant Mr. McBrayer a parole.[4]

15. The restraint of Mr. McBrayer's liberty based on an adjudication premised on a radical defect in the jurisdiction of the State court violates Mr. McBrayer's rights under the Due Process Clause of the Fourteenth Amendment to the Constitution for the United States of America.

16. It is well established that jurisdictional challenges, such as made here, may be made at any time.[5]

17. Relator has already submitted to the MDOC his Request Under the Freedom of Information Act for documentation in support of this Petition and will provide the proofs as soon as they are received by Relator.

---

[3] See affidavit of Richard McBrayer and attachments thereto.

[4] MCR RULE 7.105   APPLICATION FOR LEAVE TO APPEAL

    (A)   Time Requirements. An application for leave to appeal must be filed with the clerk of the circuit court within:

        (1)   21 days or the time allowed by statute after entry of the judgment, order, or decision appealed, or

        (2)   21 days after the entry of an order denying a motion for new trial, a motion for rehearing or reconsideration, or a motion for other relief from the judgment, order, or decision if the motion was filed within:

            (a)   the initial 21-day period, or

            (b)   such further time as the trial court or agency may have allowed during that 21-day period.

[5] See, e.g., *In re Hatcher*, 443 Mich. 426, 438 (1993) (A party may attack subject-matter jurisdiction at any time, and a proven lack of subject-matter jurisdiction renders a judgment void).

18. RICHARD ALLEN McBRAYER, who is not able to provide his notarized affidavit in support of this Petition before it is submitted to the Court - - *due to intake procedures at the department of corrections*, reserves the right to append and incorporate herein by reference his notarized affidavit to support the allegations herein made as soon as possible.

RELIEF REQUESTED


FOR ALL THESE REASONS, Relator, on behalf of RICHARD ALLEN McBRAYER – MDOC # 235965, asks that this Petition for Habeas Corpus be GRANTED.


Respectfully,

William Sim Spencer
Relator - In propria persona
15283 Wallin Road
Thompsonville, MI 49683
(231) 970-0810
williamsimspencer@gmail.com


Dated: 11 April 2018.

# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

Stephen J. Markman,
Chief Justice

156613

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

---

*In re* Parole of RICHARD McBRAYER.

---

T. H.,
      Appellee,

v

RICHARD McBRAYER,
      Appellee,

and

MICHIGAN PAROLE BOARD,
      Intervenor-Appellant.

      SC:  156613
      COA:  336084
      Macomb CC:  2016-001586-AP

_____/

On order of the Court, the application for leave to appeal the August 29, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



Clerk

s0326

EXHIBIT 1

08/18/2016          Case Summary Report          SECTION 2 - Page 1 of 1

RE: Prisoner MCBRAYER, RICHARD A235965      8/2015

Final Vote:

     Parole

     24 Months

     FD      01/05/2016

Special Conditions For Parole:

1.11    You must register as required by the Michigan Sex Offenders Registration Act and comply with all of the requirements of that act. You must provide a completed copy of the Michigan Sex Offenders Registration form to your field agent on your first in-person report following vacating your residence, any address change, address verification, or change in your status with an institution of higher education. At each address change or verification period, you must present your Michigan Operator's License, Chauffeur's License, or Personal Identification Card to the field agent at your first in-person contact.

1.12    You must not own, possess, or use any computer or any device capable of connecting to the Internet either directly or indirectly through a third party provider or reside in any residence in which these are present unless you first obtain written permission from the field agent.

1.13    You must not use any telephone numbers or telephone services which are sexually oriented.

1.14    You must not enter topless bars, or places where there is exotic dancing, stripping, simulation of sexual acts, or where public nudity is a source of entertainment.

1.2    You must not have verbal, written, electronic, or physical contact with any individual age 17 or under or attempt to do so either directly or through another person, unless you are with an adult responsible for that individual and have first obtained written permission from the field agent.

1.4    You must not purchase, possess or use sexually stimulating materials of any kind, or sexually stimulating materials as defined by your relapse prevention plan, therapist or counselor, and/or the field agent. You must not enter places where sexually explicit or stimulating materials are sold or used.

1.5    You must complete sex offender treatment or other treatment when you are referred by the field agent.

1.6    You must not reside, work, or loiter within a student safety zone defined as 1,000 feet of school property (developmental kindergarten through 12th grade school) unless you meet a statutory exemption.

2.1    You must complete an outpatient or residential substance abuse or re-entry program when you are referred by the field agent.

3.5    You must waive confidentiality and allow any treatment program that you are required to attend to disclose information to the field agent.

4.16    You must obey all court orders.

4.19    You must submit to Global Positioning System monitoring and comply with all requirements of the system as directed by the field agent or managing law enforcement agency. You must also comply with the requirements of any other systems of Electronic Monitoring if so ordered during the term of supervision. You must pay for the cost of your monitoring and any loss of or damage to monitoring equipment at rates established by the Michigan Department of Corrections.

4.5    You must not have verbal, written, electronic, or physical contact with, either directly or through another person and you must not be within 500 feet of their residence, school, or place of employment. STACEY DALE OR TIFFANY MIKESELL

Reason Summary:

     ABIGAIL CALLEJAS


EXHIBIT 2

16-001586-AP

| Case Type | AP-PAROLE BOARD DECISIONS | Action: | APPLICATION FOR LEAVE TO APPEAL FILED |
|---|---|---|---|
| Case Status: | Closed | Status Date: | 05/09/2016 |
| File Date: | 05/09/2016 | Case Judge: | VIVIANO, KATHRYN A |
| DCM Track: | | Next Event: | |

All Information    Docket    Party    Event    Financial    Receipt    Disposition

## Docket Information

| Date | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 05/09/2016 | ENTRY FEE | ENTRY FEE  Receipt: 888454  Date: 05/09/2016 | $150.00 | $0.00 |
| 05/09/2016 | ELECTRONIC FILING SYSTEM FEE - CIVIL | ELECTRONIC FILING SYSTEM FEE - CIVIL  Receipt: 888454  Date: 05/09/2016 | $25.00 | $0.00 |
| 05/09/2016 | APPLICATION FOR LEAVE TO APPEAL | DELAYED APPLICATION FOR LEAVE TO APPEAL PAROLE BOARD DECISION WITH LETTER ATTACHED<br>***ORAL ARGUMENT REQUESTED*** | | |
| 05/09/2016 | MOTION: | EMERGENCY MOTION AND AFFIDAVIT FOR TEMPORARY STAY OF PAROL ORDER | | |
| 05/09/2016 | DOCUMENT FILED: | STATEMENT OF NO TRANSCRIPT | | |
| 05/09/2016 | PROOF OF SERVICE | PROOF OF SERVICE | | |
| 05/09/2016 | MISCELLANEOUS MOTION HEARING SCHEDULED | MISCELLANEOUS MOTION HEARING SCHEDULED<br>Event: MISCELLANEOUS MOTION HEARING<br>Date: 05/23/2016   Time: 8:30 am<br>Judge: VIVIANO, KATHRYN A    Location: COURTROOM 2 SW - 2ND FLOOR<br><br>ANGE<br>MTN FOR STAY OF PAROLE ORDER<br><br>Result: MOTION HEARING ADJOURNED | | |
| 05/09/2016 | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING | | |
| 05/09/2016 | CASE PLACED ON E-FILING STATUS PER ADMINISTRATIVE ORDER 2010-6 | CASE PLACED ON E-FILING STATUS PER ADMINISTRATIVE ORDER 2010-6 | | |
| 05/20/2016 | NOTICE OF INTENT TO DISMISS APPEAL | NOTICE OF INTENT TO DISMISS APPEAL<br><br>(N) NOTICE OF INTENT TO DISMISS APPEAL<br>Sent on: 05/20/2016  14:46:04.01 | | |
| 05/23/2016 | MOTION HEARING ADJOURNED | MOTION HEARING ADJOURNED TO 6/6/16 AT 8:30AM PER ATTY ANGE<br>The following event: MISCELLANEOUS MOTION HEARING scheduled for 05/23/2016 at 8:30 am has been resulted as follows:<br><br>Result: MOTION HEARING ADJOURNED<br>Judge: VIVIANO, KATHRYN A    Location: COURTROOM 2 SW - 2ND FLOOR | | |
| 05/23/2016 | MISCELLANEOUS MOTION HEARING SCHEDULED | MISCELLANEOUS MOTION HEARING SCHEDULED<br><br>The following event: MISCELLANEOUS MOTION HEARING scheduled for 05/23/2016 at 8:30 am has been rescheduled as follows:<br><br>Event: MISCELLANEOUS MOTION HEARING<br>Date: 06/06/2016   Time: 8:30 am<br>Judge: VIVIANO, KATHRYN A    Location: COURTROOM 2 SW - 2ND FLOOR<br><br>ANGE<br>MTN FOR STAY OF PAROLE ORDER<br><br>Result: HELD - TAKEN UNDER ADVISEMENT | | |
| 05/23/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=33267265) | | |
| 05/25/2016 | LETTER | LETTER FROM MICHIGAN PAROLE BOARD TO KERRY ANGE | | |
| 05/31/2016 | CERTIFICATE OF SERVICE | CERTIFICATE OF SERVICE<br>(OBDH=33514902) CERTIFICATE OF SERVICE | | |
| 05/31/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33514892) | | |

EXHIBIT 3

| Date | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 05/31/2016 | MOTION: | MOTION:<br>(OBDH=33514903) MICHIGAN PAROLE BOARD'S MOTION TO INTERVENE | | |
| 05/31/2016 | MOTION FEE | MOTION FEE<br>Filing Fee mt  Receipt:  Date: 5/31/2016 2:21:48 PM  Receipt: 898709  Date: 06/14/2016  Receipt: 899389  Date: 06/15/2016  Receipt: 902233  Date: 06/24/2016  Receipt: 927765  Date: 09/16/2016 | $20.00 | $0.00 |
| 05/31/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33514896) | | |
| 05/31/2016 | BRIEF IN SUPPORT OF MOTION | BRIEF IN SUPPORT OF MOTION<br>(OBDH=33514901) BRIEF IN SUPPORT OF MOTION | | |
| 05/31/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33514894) | | |
| 05/31/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33514899) | | |
| 06/03/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=33675837) | | |
| 06/03/2016 | ORDER SIGNED: | ORDER SIGNED:<br>(OBDH=33514900) ORDER AS TO INTERVENTION - SIGNED<br>MICHIGAN PAROLE BOARD SHALL HAVE STATUS OF APPELLEE-INTERVENOR | | |
| 06/03/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=33675837) | | |
| 06/06/2016 | HELD - TAKEN UNDER ADVISEMENT | HELD - TAKEN UNDER ADVISEMENT<br>The following event: MISCELLANEOUS MOTION HEARING scheduled for 06/06/2016 at 8:30 am has been resulted as follows:<br><br>Result: HELD - TAKEN UNDER ADVISEMENT<br>Judge: VIVIANO, KATHRYN A   Location: COURTROOM 2 SW - 2ND FLOOR<br><br>HELD ON THE RECORD<br>COURT REPORTER: VIDEO<br>Certificate #: | | |
| 06/06/2016 | ORDER SIGNED: | ORDER OF ADVISEMENT AND SUPPLEMENTATION - SIGNED | | |
| 06/07/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=33772843) | | |
| 06/10/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=33935775) AMENDED PROOF OF SERVICE WITH ATTACHMENTS | | |
| 06/10/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33935767) | | |
| 06/10/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE<br>(OBDH=34036759) E-FILING FEE mt  Receipt:  Date: 6/14/2016 8:09:59 AM  Receipt: 948450  Date: 11/22/2016 | $5.00 | $0.00 |
| 06/10/2016 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=33935774) AMENDED EMERGENCY MTN AND AFFIDAVIT FOR TEMPORARY STAY OF PAROLE ORDER | | |
| 06/10/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33935771) | | |
| 06/13/2016 | MOTION: | MOTION:<br>(OBDH=33991869) MICHIGAN PAROLE BOARD'S MOTION TO SEAL DOCUMENT | | |
| 06/13/2016 | MOTION FEE | MOTION FEE<br>Filing Fee mt  Receipt:  Date: 6/13/2016 3:41:59 PM  Receipt: 928521  Date: 09/20/2016  Receipt: 933937  Date: 10/06/2016  Receipt: 935531  Date: 10/12/2016  Receipt: 937281  Date: 10/17/2016 | $20.00 | $0.00 |
| 06/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33991857) | | |
| 06/13/2016 | BRIEF IN SUPPORT | BRIEF IN SUPPORT<br>(OBDH=33991866) BRIEF IN SUPPORT OF MICHIGAN PAROLE BOARD'S MOTION TO SEAL DOCUMENT | | |
| 06/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33991856) | | |
| 06/13/2016 | CERTIFICATE OF SERVICE | CERTIFICATE OF SERVICE<br>(OBDH=33991868) CERTIFICATE OF SERVICE | | |
| 06/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=33991858) | | |
| 06/13/2016 | RESPONSE TO MOTION | RESPONSE TO MOTION<br>(OBDH=33991865) RESPONSE/SUPPLEMENTAL DOCUMENTS RELATED TO APPELLANT'S DELAYED APPLICATION FOR LEAVE TO APPEAL | | |

| Date | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 06/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=33991852) | | |
| 06/13/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=33991867) PROPOSED ORDER TO SEAL A DOCUMENT | | |
| 06/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=33991855) | | |
| 06/14/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=34051030) EXHIBIT TO DELAYED APPLICATION FOR LEAVE TO APPEAL PAROLE BOARD DECISION | | |
| 06/14/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=34051045) | | |
| 06/14/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=34100178) E-FILING FEE mt Receipt: Date: 6/15/2016 10:55:10 AM Receipt: 950993 Date: 12/02/2016 | $5.00 | $0.00 |
| 06/22/2016 | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE (OBDH=34355394) REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE | | |
| 06/22/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=34355392) | | |
| 06/22/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=34480711) E-FILING FEE mt Receipt: Date: 6/24/2016 9:53:04 AM Receipt: 954796 Date: 12/14/2016 | $5.00 | $0.00 |
| 06/23/2016 | MISCELLANEOUS MOTION HEARING SCHEDULED | MISCELLANEOUS MOTION HEARING SCHEDULED Event: (E) MISCELLANEOUS MOTION HEARING Date: 07/11/2016 Time: 8:30 am Judge: VIVIANO, KATHRYN A Location: COURTROOM 2 SW - 2ND FLOOR<br><br>LANGSCHWAGER (SEAL DOC)<br><br>Result: MOTION GRANTED | | |
| 07/11/2016 | MOTION GRANTED | MOTION GRANTED, EX 4 TO MI PAROLE BOARD RESPONSE/SUPPLEMENTAL DOCUMENTS RELATED TO APPELLANTS DELYED APPLICATION FOR LEAVE TO APPEAL IS SEALED FROM PUBLIC - OTE The following event: (E) MISCELLANEOUS MOTION HEARING scheduled for 07/11/2016 at 8:30 am has been resulted as follows:<br><br>Result: MOTION GRANTED Judge: VIVIANO, KATHRYN A Location: COURTROOM 2 SW - 2ND FLOOR<br><br>HELD ON THE RECORD COURT REPORTER: VIDEO Certificate #: | | |
| 07/11/2016 | ORDER SIGNED: | ORDER SEALING EXHIBIT - SIGNED (COPIES OF THIS ORDER MAILED TO SCAO & MI SUPREME COURT CLERK PER MCR 8.119-ON 7/28/16) | | |
| 07/13/2016 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=35158315) | | |
| 07/27/2016 | OPINION & ORDER SIGNED | OPINION & ORDER ON APPELLANT TIFFANY HENDERSON MOTION FOR A STAY OF THE MI PAROLE BOARD'S PAROLE OF RICHARD ALLEN McBRAYER, FOR REASONS SET FORTH, APPELLANT TIFFANY HENDERSON'S MTN FOR A STAY OF MI PAROLE BOARD'S PAROLE OF RICHARD ALLEN McBRAYER IS DENIED-SIGNED KAV (DOES NOT CLOSE) | | |
| 07/27/2016 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=35890656) | | |
| 07/27/2016 | DOCUMENT FILED: | ***FILED UNDER SEAL****(IN HARD COPY WITHIN SEALED ENVELOPE IN COURT FILE) PER ORDER OF 7/11/16: EXHIBIT 4 TO RESPONSE/SUPPLEMENTAL DOCUMENTS RELATED TO APPELLANT'S DELAYED APPLICATION FOR LEAVE TO APPEAL | | |
| 08/01/2016 | ORDER SIGNED: | SCHEDULING ORDER SETTING ORAL ARGUMENTS-SGD KAV | | |
| 08/01/2016 | ORAL ARGUMENTS SCHEDULED | ORAL ARGUMENTS SCHEDULED Event: ORAL ARGUMENTS Date: 08/16/2016 Time: 1:30 pm Judge: VIVIANO, KATHRYN A Location: COURTROOM 2 SW - 2ND FLOOR<br><br>Result: HELD-CIVIL | | |
| 08/02/2016 | CASE NOTE: | CASE NOTE: COPY OF ORDER DTD 8/1/2016 MAILED TO DEFT/APPELLEE | | |
| 08/02/2016 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=36137084) | | |

| Date | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 08/02/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=36138285) | | |
| 08/16/2016 | HELD: | HELD BFR JMB IN ABS OF KAV, MOTION FOR A DELAYED APP FOR LEAVE TO APPEAL IS GRANTED, MOTION TO SEAL VICTIM MATERIAL IS GRANTED - OTE<br>The following event: ORAL ARGUMENTS scheduled for 08/16/2016 at 1:30 pm has been resulted as follows:<br><br>Result: HELD-CIVIL<br>Judge: VIVIANO, KATHRYN A   Location: COURTROOM 2 SW - 2ND FLOOR<br><br>HELD ON THE RECORD<br>COURT REPORTER: VIDEO<br>Certificate #: | | |
| 08/16/2016 | ORDER SIGNED: | ORDER OF GRANTING DELAYED APPLICATION FOR LEAVE TO APPEAL AND SEALING VICTIM MATERIAL - SIGNED JMB/KAV | | |
| 08/16/2016 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=36685159) | | |
| 09/15/2016 | APPELLEE BRIEF | APPELLEE BRIEF<br>(OBDH=37967439) APPELLEE BRIEF - APPEAL OF PAROLD BOARD DECISION<br>(ORAL ARGUMENTS REQUESTED) | | |
| 09/15/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=37967436) | | |
| 09/15/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE<br>(OBDH=38010211) E-FILING FEE mt  Receipt:  Date: 9/16/2016 9:03:05 AM  Receipt: 956247 Date: 12/19/2016 | $5.00 | $0.00 |
| 09/19/2016 | APPELLANT BRIEF | APPELLANT BRIEF<br>(OBDH=38062968) APPEAL OF PAROLE BOARD DECISION<br>***ORAL ARGUMENT REQUESTED*** | | |
| 09/19/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=38062967) | | |
| 09/19/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE<br>(OBDH=38110174) E-FILING FEE mt  Receipt:  Date: 9/20/2016 9:02:08 AM  Receipt: 961849 Date: 01/12/2017 | $5.00 | $0.00 |
| 09/23/2016 | IMAGE OF EVENT NOTICE SENT | IMAGE OF EVENT NOTICE SENT<br><br>(N) HEARING NOTICE<br>Sent on: 09/23/2016 14:21:57.78 | | |
| 09/23/2016 | ORAL ARGUMENTS SCHEDULED | ORAL ARGUMENTS SCHEDULED<br>Event: ORAL ARGUMENTS<br>Date: 10/24/2016   Time: 1:30 pm<br>Judge: VIVIANO, KATHRYN A   Location: COURTROOM 2 SW - 2ND FLOOR<br><br>Result: HELD-CIVIL | | |
| 09/23/2016 | IMAGE OF EVENT NOTICE SENT | IMAGE OF EVENT NOTICE SENT<br><br>(N) HEARING NOTICE<br>Sent on: 09/23/2016 14:37:48.93 | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=38698128) ATTACHMENT 2 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT  OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=38698094) | | |
| 10/03/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE<br>(OBDH=38924017) E-FILING FEE mt  Receipt:  Date: 10/6/2016 10:46:43 AM  Receipt: 965182 Date: 01/23/2017 | $5.00 | $0.00 |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=38698115) ATTACHMENT 10  MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=38698106) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=38698116) ATTACHMENT 14  MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=38698172) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=38698118) ATTACHMENT 13 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |

Court View Justice Solutions

| Date | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698176) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698119) ATTACHMENT 11 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698174) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698117) ATTACHMENT 15 MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698168) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698120) ATTACHMENT 8 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698107) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698121) ATTACHMENT 9 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698097) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698122) ATTACHMENT 4 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698111) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698123) ATTACHMENT 3 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698101) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698125) ATTACHMENT 12 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698173) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698127) ATTACHMENT 6 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698113) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698130) ATTACHMENT 7 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698110) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698132) ATTACHMENT 1 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698109) | | |
| 10/03/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=38698131) ATTACHMENT 5 TO MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698112) | | |
| 10/03/2016 | APPELLEE BRIEF | APPELLEE BRIEF (OBDH=38698134) MICHIGAN PAROLE BOARD'S BRIEF IN SUPPORT OF AFFIRMATION, ORAL ARGUMENT REQUESTED | | |
| 10/03/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=38698105) | | |
| 10/11/2016 | CERTIFICATE OF SERVICE | CERTIFICATE OF SERVICE (OBDH=39074751) CERTIFICATE OF SERVICE | | |

| Date | Description | Docket Text | Amount Owed | Amount Due |
|------|-------------|-------------|-------------|------------|
| 10/11/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=39074750) | | |
| 10/11/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=39245500) E-FILING FEE mt  Receipt:  Date: 10/12/2016 11:30:10 AM  Receipt: 967936  Date: 01/30/2017 | $5.00 | $0.00 |
| 10/14/2016 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=39380002) PROOF OF SERVICE - APPELLANT'S BRIEF ON APPEAL TO RICHARD MCBRAYER ON 9-15-16 | | |
| 10/14/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=39380000) | | |
| 10/14/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=39553363) E-FILING FEE mt  Receipt:  Date: 10/17/2016 10:41:43 AM | $5.00 | $5.00 |
| 10/21/2016 | DOCUMENT FILED: | 3-ENVELOPES OF SEALED DOCUMENTS R/F IN HARD COPY WITHIN SEALED ENVELOPES IN COURT FILE | | |
| 10/24/2016 | HELD: | HELD; ORAL ARGUMENTS HEARD;  CT TAKING UNDER ADVISEMENT TO ISSUE OPINION  The following event: ORAL ARGUMENTS scheduled for 10/24/2016 at 1:30 pm has been resulted as follows:  Result: HELD-CIVIL  Judge: VIVIANO, KATHRYN A    Location: COURTROOM 2 SW - 2ND FLOOR  HELD ON THE RECORD  COURT REPORTER: VIDEO  Certificate #: | | |
| 10/24/2016 | OPINION TO ENTER | OPINION TO ENTER | | |
| 11/18/2016 | OPINION & ORDER SIGNED | OPINION & ORDER ON APPELLANT TIFFANY HENDERSON APPEALS BY LEAVE GRANTED THE MI PAROLE BOARD'S DECISION TO PAROLE RICHARD ALLEN MCBRAYER, FOR REASONS STATED, MI PAROLE BOARDS DECISION TO PAROLE RICHARD ALLEN MCBRAYER IS REVERSED-SIGNED KAV | | |
| 11/18/2016 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=40816882) | | |
| 11/21/2016 | MOTION: | MOTION: (OBDH=40885801) EMERGENCY MTN FOR IMMEDIATE EFFECT OF JUDGMENT | | |
| 11/21/2016 | MOTION FEE | MOTION FEE Filing Fee mt  Receipt:  Date: 11/21/2016 4:28:49 PM  Receipt: 948450  Date: 11/22/2016 | $20.00 | $0.00 |
| 11/21/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=40885799) | | |
| 11/21/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=40933941) E-FILING FEE mt  Receipt:  Date: 11/22/2016 3:10:32 PM | $5.00 | $5.00 |
| 11/22/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=40934557) ATTACHMENT 3 | | |
| 11/22/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=40934596) | | |
| 11/22/2016 | ANSWER TO MOTION | ANSWER TO MOTION (OBDH=40934560) APPELLEE-INTERVENOR MICHIGAN PAROLE BOARD'S ANSWER AND BRIEF IN OPPOSITION TO APPELLANT'S MOTION FOR IMMEDIATE EFFECT WITH ALTERNATIVE REQUEST TO STAY PENDING APPEAL | | |
| 11/22/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=40934553) | | |
| 11/22/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=41835414) E-FILING FEE mt  Receipt:  Date: 12/2/2016 9:45:08 AM | $5.00 | $5.00 |
| 11/22/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=40934558) ATTACHMENT 1 | | |
| 11/22/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=40934555) | | |
| 11/22/2016 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=40934559) ATTACHMENT 2 | | |
| 11/22/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=40934554) | | |
| 12/07/2016 | E-FILED REQUEST FOR HEARING | E-FILED REQUEST FOR HEARING (OBDH=42168991) E-FILED REQUEST FOR HEARING, NTC OF HRG & PRF OF SRVC | | |
| 12/07/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=42169040) | | |

| ate | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 12/07/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=42506786) E-FILING FEE mt  Receipt:  Date: 12/14/2016 10:30:21 AM | $5.00 | $5.00 |
| 12/13/2016 | RE-NOTICE OF HEARING | RE-NOTICE OF HEARING (OBDH=42449868) RE-NOTICE OF HEARING | | |
| 12/13/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=42449867) | | |
| 12/13/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=42685523) E-FILING FEE mt  Receipt:  Date: 12/19/2016 1:10:21 PM | $5.00 | $5.00 |
| 12/14/2016 | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED Event: (E) MTN TO ENFORCE JUDGMENT Date: 01/03/2017   Time: 8:30 am Judge: VIVIANO, KATHRYN A   Location: COURTROOM 2 SW - 2ND FLOOR<br><br>ANGE<br><br>Result: MOTION HEARING ADJOURNED | | |
| 12/15/2016 | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | | |
| 12/27/2016 | E-FILED REQUEST FOR HEARING | E-FILED REQUEST FOR HEARING (OBDH=42892342) E-FILED REQUEST FOR HEARING, RENOTICE OF HEARING | | |
| 12/27/2016 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=42892340) | | |
| 12/27/2016 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=44158090) E-FILING FEE mt  Receipt:  Date: 1/12/2017 2:00:33 PM | $5.00 | $5.00 |
| 01/05/2017 | MOTION HEARING ADJOURNED | MOTION HEARING ADJOURNED TO 1/17/17 AT 830 AM PER ATTY ANGE The following event: (E) MTN TO ENFORCE JUDGMENT scheduled for 01/03/2017 at 8:30 am has been resulted as follows:<br><br>Result: MOTION HEARING ADJOURNED Judge: VIVIANO, KATHRYN A   Location: COURTROOM 2 SW - 2ND FLOOR | | |
| 01/05/2017 | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED<br><br>The following event: (E) MTN TO ENFORCE JUDGMENT scheduled for 01/03/2017 at 8:30 am has been rescheduled as follows:<br><br>Event: (E) MTN TO ENFORCE JUDGMENT Date: 01/17/2017   Time: 8:30 am Judge: VIVIANO, KATHRYN A   Location: CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4<br><br>ANGE<br><br>Result: FAILURE TO APPEAR FOR MOTION | | |
| 01/13/2017 | E-FILED REQUEST FOR HEARING | E-FILED REQUEST FOR HEARING (OBDH=44197496) E-FILED REQUEST FOR HEARING; NTC OF HRG; PRF OF SVC | | |
| 01/13/2017 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=44197492) | | |
| 01/13/2017 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=44447639) E-FILING FEE mt  Receipt:  Date: 1/23/2017 8:28:26 AM | $5.00 | $5.00 |
| 01/19/2017 | FAILURE TO APPEAR FOR MOTION | FAILURE TO APPEAR FOR MOTION The following event: (E) MTN TO ENFORCE JUDGMENT scheduled for 01/17/2017 at 8:30 am has been resulted as follows:<br><br>Result: FAILURE TO APPEAR FOR MOTION Judge: VIVIANO, KATHRYN A   Location: CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4 | | |
| 01/21/2017 | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED | HEARING: MTN TO ENFORCE JUDGMENT SCHEDULED Event: (E) MTN TO ENFORCE JUDGMENT Date: 02/13/2017   Time: 8:30 am Judge: VIVIANO, KATHRYN A   Location: CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4<br><br>ANGE-LANGSCHWAGER<br><br>Result: FAILURE TO APPEAR FOR MOTION | | |
| 01/24/2017 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=44502657) CPY OF COURT OF APPEALS ORDER W/COVER LTF FROM ATTY GENERALS OFS | | |

| ate | Description | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|---|
| 01/24/2017 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=44502655) | | |
| 01/24/2017 | E-FILING FEE WITH SERVICE | E-FILING FEE WITH SERVICE (OBDH=44734881) E-FILING FEE mt  Receipt:  Date: 1/30/2017 8:18:19 AM | $5.00 | $5.00 |
| 02/02/2017 | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | | |
| 02/13/2017 | FAILURE TO APPEAR FOR MOTION | FAILURE TO APPEAR FOR MOTION<br>The following event: (E) MTN TO ENFORCE JUDGMENT scheduled for 02/13/2017 at 8:30 am has been resulted as follows:<br><br>Result: FAILURE TO APPEAR FOR MOTION<br>Judge: VIVIANO, KATHRYN A   Location: CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4 | | |
| 04/11/2017 | SENT TO COURT OF APPEALS | SENT TO COURT OF APPEALS - CERT ROA, COMPLETE (2) VOLUMES OF FILES, AND RECEIPT. | | |
| 04/11/2017 | USPS TRACKING RECEIPT R/F IN FILE | USPS TRACKING RECEIPT R/F IN FILE - 9114 9014 9645 0973 6762 89 | | |
| 04/20/2017 | RECEIPT RETURNED FRM COURT OF APPEALS | RECEIPT RETURNED FRM COURT OF APPEALS | | |
| 09/07/2017 | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | COPY OF ORDER FROM COURT OF APPEALS RECEIVED/FILED | | |
| 04/10/2018 | CIRCUIT COURT FILE RETURNED FROM MICHIGAN SUPREME COURT | CIRCUIT COURT FILE RETURNED FROM MICHIGAN SUPREME COURT CERT. ROA COMPLETE (2) VOLUME FILE RECEIPT | | |
| 04/10/2018 | COPY OF SUPREME COURT RECEIPT | COPY OF SUPREME COURT RECEIPT | | |

## Party Information

**MICHIGAN PAROLE BOARD** - INTERVENING APPELLEE

DOB
DOD
Disposition
Disp Date

Alias

| Party Attorney | |
|---|---|
| Attorney | LANGSCHWAGER, H STEVEN |
| Bar Code | 52380 |

More Party Information

**HENDERSON, TIFFANY** - APPELLANT

DOB
DOD
Disposition
Disp Date

Alias

| Party Attorney | |
|---|---|
| Attorney | ANGE, KERRY |
| Bar Code | 64777 |

More Party Information

**MCBRAYER, RICHARD** - APPELLEE

DOB
DOD
Disposition
Disp Date

Alias

| Party Attorney | |
|---|---|
| Attorney | PRO PER |
| Bar Code | 99998 |

More Party Information

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 05/23/2016 08:30 AM | COURTROOM 2 SW - 2ND FLOOR | MISCELLANEOUS MOTION HEARING | MOTION HEARING ADJOURNED | VIVIANO, KATHRYN A |

| Date/Time | Location | Type | Result | Event Judge |
|-----------|----------|------|--------|-------------|
| 06/06/2016 08:30 AM | COURTROOM 2 SW - 2ND FLOOR | MISCELLANEOUS MOTION HEARING | HELD - TAKEN UNDER ADVISEMENT | VIVIANO, KATHRYN A |
| 07/11/2016 08:30 AM | COURTROOM 2 SW - 2ND FLOOR | (E) MISCELLANEOUS MOTION HEARING | MOTION GRANTED | VIVIANO, KATHRYN A |
| 08/16/2016 01:30 PM | COURTROOM 2 SW - 2ND FLOOR | ORAL ARGUMENTS | HELD-CIVIL | VIVIANO, KATHRYN A |
| 10/24/2016 01:30 PM | COURTROOM 2 SW - 2ND FLOOR | ORAL ARGUMENTS | HELD-CIVIL | VIVIANO, KATHRYN A |
| 01/03/2017 08:30 AM | COURTROOM 2 SW - 2ND FLOOR | (E) MTN TO ENFORCE JUDGMENT | MOTION HEARING ADJOURNED | VIVIANO, KATHRYN A |
| 01/17/2017 08:30 AM | CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4 | (E) MTN TO ENFORCE JUDGMENT | FAILURE TO APPEAR FOR MOTION | VIVIANO, KATHRYN A |
| 02/13/2017 08:30 AM | CIRCUIT COURT BUILDING - 2ND FLOOR - COURT ROOM 4 | (E) MTN TO ENFORCE JUDGMENT | FAILURE TO APPEAR FOR MOTION | VIVIANO, KATHRYN A |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| FILING FEE | $250.00 | $210.00 | $0.00 | $40.00 |
| MOTION FEE | $60.00 | $60.00 | $0.00 | $0.00 |
| | **$310.00** | **$270.00** | **$0.00** | **$40.00** |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| 888454 | 05/09/2016 | HENDERSON, TIFFANY | $175.00 |
| 898709 | 06/14/2016 | KERRYANGE2629563 | $5.00 |
| 899389 | 06/15/2016 | KERRYANGE2629563 | $5.00 |
| 902233 | 06/24/2016 | MICHIGANDEPARTM1235747 | $5.00 |
| 927765 | 09/16/2016 | KERRYANGE2629563 | $5.00 |
| 928521 | 09/20/2016 | KERRYANGE2629563 | $5.00 |
| 933937 | 10/06/2016 | MICHIGANDEPARTM1235747 | $5.00 |
| 935531 | 10/12/2016 | MICHIGANDEPARTM1235747 | $5.00 |
| 937281 | 10/17/2016 | KERRYANGE2629563 | $5.00 |
| 948450 | 11/22/2016 | KERRYANGE2629563 | $25.00 |
| 950993 | 12/02/2016 | FEES WAIVED | $5.00 |
| 954796 | 12/14/2016 | KERRYANGE2629563 | $5.00 |
| 956247 | 12/19/2016 | KERRYANGE2629563 | $5.00 |
| 961849 | 01/12/2017 | KERRYANGE2629563 | $5.00 |
| 965182 | 01/23/2017 | KERRYANGE2629563 | $5.00 |
| 967936 | 01/30/2017 | FEES WAIVED | $5.00 |
| | | | **$270.00** |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| ORDER ENTERED | 11/18/2016 | VIVIANO, KATHRYN A |



PRESS FIRMLY TO SEAL

PRIC★
★ MAIL ★

FROM: William Sim Spencer 4468
15283 Wallis Road
Thompsonville, MI 49683

RECEIVED
APR 13 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

TO:
U.S. DISTRICT COURT
231 W. Lafayette Blvd.
Detroit, MI 48226

U.S. POSTAGE
CADILLAC, MI
49601
APR 12, 18
AMOUNT
$6.70
R2304H107797:12

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Expected Delivery Day: 04/13/2018

USPS TRACKING NUMBER

9505 5107 4552 8101 3449 37

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

P S00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES
POSTAL SERVICE®

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 18-11186 | Judge: Judith E. Levy | Magistrate Judge: Anthony P. Patti |
|---|---|---|

| **Name of 1st Listed Plaintiff/Petitioner:**<br><br>RICHARD ALLEN MCBRAYER | **Name of 1st Listed Defendant/Respondent:**<br><br>JEREMY BUSH |
|---|---|
| **Inmate Number:** 235965 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:**<br><br><br><br><br><br> | |
| **Correctional Facility:**<br><br>Charles Egeler Reception and Guidance Center<br>3855 Cooper Street<br>Jackson, MI 49201-7547<br>JACKSON COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☒ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☒ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   - ☐ Yes          ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   - ☐ Yes          ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____